

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2015

No. 04-14-00609-CV

Irma **LEMUS** and Manuel Lemus,
Appellants

v.

John Rene **AGUILAR**, Johnny B. Wells, Laura Ashley Wells, and Johnny Montoya Garza,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On April 29, 2015, we ordered appellants to redraw their brief to correct deficiencies. Appellants' amended brief, filed May 11, 2015, complied with our order and is the only appellants' brief that will be considered by the court. Appellees' motion for extension of time to file their brief is granted. We **order** the brief due **June 12, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court